■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO CASIANO, Appellant.—Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on May 18, 1983, unanimously affirmed, without prejudice to a motion brought pursuant to CPL 440.10 where the issue of ineffective assistance of counsel may be addressed. No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v SCOTT SIMPSON.—Motion for reargument granted to extent of resettling this court's order [133 AD2d 580] entered on October 20, 1987, by granting appellant's motion to compel District Attorney to furnish minutes on condition that counsel not disclose confidential data, as indicated. Resettled order signed and filed. Concur—Murphy, P. J., Sandler, Sullivan and Asch, JJ.

■ In the Matter of ROSA v DIAZ.—Upon the court's own motion, its order entered on January 28, 1988 and memorandum decision filed therewith [136 AD2d 512] amended to substitute docket No. P11566/83 for docket No. P16566/83. Concur—Murphy, P. J., Kupferman, Sandler, Kassal and Smith, JJ.